**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* WILLIE COOLEY and FRANK )<br>RAWLINSON, )<br>    )<br>    Relators, )<br>    )<br>v. )<br>    )<br>CAROLINA WRECKING, INC., CHARLES )<br>DOWEY, individually, )<br>and FENCON, INC. )<br>    )<br>    Defendants. )<br>    ) | Case No.: 2:17-cv-00276-RMG<br><br><br><br><br>**JOINT STATUS REPORT** |

In response to Docket Entry 100, the parties advise the Court:

1. The case was successfully mediated on March 25, 2020 with prior notice to the United States. The United States declined to actively participate in the mediation.

2. The terms of the mediated settlement agreement were contingent upon consent and approval of the United States; on March 30, 2020, the United States extended tentative approval to the terms of the mediated settlement agreement, subject to review and approval of the written settlement agreement.

3. On April 6, 2020, the parties circulated a proposed written settlement agreement to the United States.

4. On April 13, 2020, the parties received suggested revisions and comments to the settlement agreement from the United States, the parties revised the agreement in accordance with those revisions, the parties re-circulated the revisions and received final written consent of the Untied States to the revised written settlement agreement, and the parties circulated the agreement for final signatures.

5. Plaintiff Relators and their counsel signed the agreement and returned the agreement to counsel for Defendants on April 17, 2020; Defendants Carolina Wrecking and Charles Dowey executed the agreement on that same date. The parties currently are awaiting signatures from Fencon and the United States. Upon receipt of those signatures, the parties anticipate the consummation of the settlement agreement and the filing of a stipulation of dismissal with prejudice as to the claims of the Relators and a stipulation of dismissal without prejudice as to the claims of the United States, in full accordance with the written settlement agreement. The parties anticipate that these filings will occur in the next ten to fifteen calendar days, noting that the impacts of recent Covid virus have, on occasion, delayed and impaired communications between the parties.

April 20, 2020

> /s Henry P. Wall
> Henry P. Wall (Fed. ID # 4891)
> Wesley D. Peel (Fed. ID # 6540)
> Bruner Powell Wall & Mullins, LLC
> Post Office Box 61110
> Columbia, SC  29260
> Telephone: (803) 252-7693
> E-mail:  hwall@brunerpowell.com
>          wpeel@brunerpowell.com
>
> *Attorneys for Defendants*
>
> /s David D, Ashley
> David D. Ashley (Fed ID #76200)
> Le Clercq Law Firm
> 708 South Shelmore Blvd. #202
> Mount Pleasant, SC 29464
> Phone (843) 722-3523
> Fax (843) 352-2977
> Email: David@Leclrqlaw.com
>
> *Attorneys for Plaintiffs*

3